# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/9/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV04-00642ACK-KSC

CASE NAME:       Gerling America Insurance Company v. Nauru Phosphate Royalties Development (Honolulu), Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

|          |                     |           |   |
|----------|---------------------|-----------|---|
| JUDGE:   | Kevin S. C. Chang   | REPORTER: |   |
| DATE:    | 1/9/2006            | TIME:     |   |

---

COURT ACTION:  EO: Dismissal due today/Final Pretrial Conference.

Per Sheree Kon-Herrera, a Stipulation for Dismissal will be forwarded to John Yamano on 1/10/06 and the Stipulation will thereafter be submitted to Judge Kay for approval.

Submitted by: Shari Afuso, Courtroom Manager