ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 3 2006

at 2 o'clock and 30 min. P.M
SUE BEITIA, CLERK

JAN 1 2 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Of Counsel:
FUKUNAGA MATAYOSHI HERSHEY & CHING, LLP

| | |
|---|---|
| WESLEY H. H. CHING | 2896 |
| SHEREE KON-HERRERA | 6927 |

841 Bishop Street, Suite 1200
Honolulu, Hawai`i 96813
Telephone: (808) 533-4300
Facsimile: (808) 531-7585

Attorneys for Plaintiff GERLING
AMERICA INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| GERLING AMERICA INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>NAURU PHOSPHATE ROYALTIES DEVELOPMENT (HONOLULU), INC., a Delaware corporation; NAURU PHOSPHATE ROYALTIES (HONOLULU), INC., a Delaware corporation, DILLINGHAM CONSTRUCTION PACIFIC, LTD. doing business as HAWAIIAN DREDGING CONSTRUCTION COMPANY, a Hawaii corporation,<br><br>Defendants. | CIVIL NO. 04-00642 (ACK) (KSC)<br>(Declaratory Judgment)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER<br><br><br><br><br><br><br>Trial Date: January 24, 2006<br>Judge: The Honorable Alan C. Kay |

G:\Nauru\Nauru Plead\09-SWP.wpd

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND ALL PARTIES

Plaintiff GERLING AMERICA INSURANCE COMPANY and Defendants NAURU PHOSPHATE ROYALTIES DEVELOPMENT (HONOLULU), INC. and NAURU PHOSPHATE ROYALTIES (HONOLULU), INC., by and through their attorneys, hereby stipulate to dismissal with prejudice of all claims in this action, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure and LR 10.4, Local Rules of Practice for the U.S. District Court for the District of Hawaii.

Each party shall bear its own attorneys' fees and costs with respect to the claims being dismissed by this stipulation. Defendant DILLINGHAM CONSTRUCTION PACIFIC, LTD. dba HAWAIIAN DREDGING CONSTRUCTION COMPANY, did not answer or otherwise appear in this action, and there are no other parties remaining in the case.

DATED: Honolulu, Hawaii, _____JAN 1 2 2006_____.

_____
WESLEY H. H. CHING
SHEREE KON-HERRERA
Attorneys for Plaintiff GERLING AMERICA
INSURANCE COMPANY

_____
JOHN Y. YAMANO
Attorney for Defendants Nauru Phosphate
Royalties Development (Honolulu), Inc. and
Nauru Phosphate Royalties (Honolulu), Inc.

APPROVED AND SO ORDERED:

_____
Judge of the Above-Entitled Court

---

*Gerling America Insurance Company v. Nauru Phosphate Royalties Development (Honolulu), Inc., et al.*, Civil No. CV 04-00642 (ACK) (KSC); STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER