ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 0 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Of Counsel:
FUKUNAGA MATAYOSHI HERSHEY & CHING, LLP

WESLEY H. H. CHING       2896
SHEREE KON-HERRERA       6927
841 Bishop Street, Suite 1200
Honolulu, Hawai`i 96813
Telephone: (808) 533-4300
Facsimile:  (808) 531-7585

Attorneys for Plaintiff GERLING
AMERICA INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| GERLING AMERICA INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NAURU PHOSPHATE ROYALTIES DEVELOPMENT (HONOLULU), INC., a Delaware corporation; NAURU PHOSPHATE ROYALTIES (HONOLULU), INC., a Delaware corporation, DILLINGHAM CONSTRUCTION PACIFIC, LTD. doing business as HAWAIIAN DREDGING CONSTRUCTION COMPANY, a Hawaii corporation,<br><br>　　　　Defendants. | CIVIL NO. 04-00642 (ACK) (KSC)<br>(Declaratory Judgment)<br><br>CERTIFICATE OF SERVICE<br>[STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER]<br><br><br><br><br>Trial Date: January 24, 2006<br>Judge: The Honorable Alan C. Kay |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER, filed on January 13, 2006, was duly served upon the following parties by hand-delivery, facsimile transmission, and/or mail, by depositing same at the United States Post Office, postage prepaid, to their last known addresses on January 20, 2006.

|  | U.S. Mail | Hand-Delivery |
|---|---|---|
| JOHN Y. YAMANO<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813 | | X |

Attorney for Defendants NAURU PHOSPHATE ROYALTIES DEVELOPMENT (HONOLULU), INC. and NAURU PHOSPHATE ROYALTIES (HONOLULU), INC.

Dillingham Construction Pacific, Ltd. - Legal Department
1020 Supertine Lane, Suite No. 110
Pleasanton, California 94566

DATED: Honolulu, Hawaii, January 20, 2006.

WESLEY H. H. CHING
SHEREE KON-HERRERA
Attorneys for Plaintiff GERLING
AMERICA INSURANCE COMPANY