

# ORIGINAL

CHRISTOPHER S. BOUSLOG #3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii  96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996

DONNA E. RICHARDS, #7625
MARK R. ZENGER, #3511
RICHARDS & ZENGER
3016 Umi Street
Suites 204 and 211-B
Lihue, Hawaii 96766
Telephone: (808) 632-0723
Facsimile: (808) 632-0724

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2006

at __4__ o'clock and __54__ min.__P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARK N. BEGLEY, | ) | CIVIL NO. CV 03-00162 KSC |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF MARK N. BEGLEY'S** |
| | ) | **FINAL COMPREHENSIVE WITNESS** |
| vs. | ) | **LIST; CERTIFICATE OF SERVICE** |
| | ) | |
| COUNTY OF KAUAI; | ) | |
| KAUAI POLICE | ) | |
| DEPARTMENT; GEORGE | ) | |
| FREITAS; MARTIN W. | ) | |
| CURNAN; and DAVID | ) | |
| NAWAI; | ) | |
| | ) | |
| Defendants. | ) | **TRIAL WEEK: March 7, 2006** |
| _____ | ) | |

## PLAINTIFF MARK N. BEGLEY'S
## FINAL COMPREHENSIVE WITNESS LIST

Plaintiff MARK N. BEGLEY, by and through his attorneys, the Law Offices of Chris Bouslog and Richards and Zenger, pursuant to the Third Amended Rule 16 Scheduling Order, hereby designates the non-expert and expert witnesses whom he expects to utilize in this litigation.

I.    **EXPERT WITNESSES**

1. DANIEL MARTELL, Ph.D., ABPP, Park Dietz & Associates, Inc., 2906 Lafayette, Newport Beach, California 92663, will testify in the fields of Psychology and Neuropsychology and any and all other related matters. The estimated time on direct exam will be approximately 45 minutes.

2. D. Thomas Rogers, M.D., 39 Kamehameha Avenue, Suite A, Kahului, Hawaii 96732, will testify in the field of Neurosurgery and any and all other related matters. The estimated time on direct exam will be approximately 45 minutes.

2

3.    Andrew J. Boyd, M.D., Wilcox Memorial
Hospital, 3420 Kuhio Highway, Lihue, Hawaii 96766, will
testify as to his care, treatment, examination,
diagnosis, prognosis and related opinions concerning
Plaintiff's injuries and any and all other related
matters.  The estimated time on direct exam will be
approximately 30 minutes.

4.    Leon Liem, M.D., F.A.C.S., Queen's
Physicians Office Building I, Suite 410, 1380 Lusitana
Street, Honolulu, Hawaii 96813, will testify as to his
care, treatment, examination, diagnosis, prognosis and
related opinions concerning Plaintiff's injuries and
any and all other related matters.  The estimated time
on direct exam will be approximately 30 minutes.

5.    Peter W. Rossi, M.D., F.A.A.N.,
Rehabilitation Hospital of the Pacific, 226 North
Kuakini Street, Honolulu, Hawaii 96817, will testify as
to his care, treatment, examination, diagnosis,
prognosis and related opinions concerning Plaintiff's
injuries and any and all other related matters.  The
estimated time on direct exam will be approximately 30
minutes.

6.   Tanya J. Schwartz, Ph.D., 226 North Kuakini Street, Honolulu, Hawaii 96817, will testify as to her care, treatment, examination, diagnosis, prognosis and related opinions concerning Plaintiff's injuries and any and all other related matters.  The estimated time on direct exam will be approximately 45 minutes.

7.   Elizabeth K. Bjornskov, M.D., Neurology Center, Kauai Medical Clinic, 3170B Jerves Street, Lihue, Hawaii 96766, will testify as to her care, treatment, examination, diagnosis, prognosis and related opinions concerning Plaintiff's injuries and any and all other related matters.  The estimated time on direct exam will be approximately 30 minutes.

8.   Harold Roger Netzer, M.D., Kauai Medical Clinic, 3-3420 Kuhio Highway, Suite B, Lihue, Hawaii 96766, will testify as to his care, treatment, examination, diagnosis, prognosis and related opinions concerning Plaintiff's injuries and any and all other related matters.  The estimated time on direct exam will be approximately 30 minutes.

9.    Leo Maher, M.D., 1380 Lusitana Street, Suite 1012, Honolulu, Hawaii 96813, will testify as to his care, treatment, examination, diagnosis, prognosis and related opinions concerning Plaintiff's injuries and any and all other related matters.  The estimated time on direct exam will be approximately 30 minutes.

## II.    **NON-EXPERT WITNESSES**

1.    Plaintiff MARK N. BEGLEY, c/o Law Offices of Chris Bouslog, Four Waterfront Plaza, Suite 480, 500 Ala Moana Boulevard, Honolulu, Hawaii  96813 and Richards and Zenger, 3016 Umi Street, Suites 204 and 211-B, Lihue, Hawaii 96766, will testify as to the facts and circumstances of the underlying action relating to injuries and losses he sustained and all other related matters.  The estimated time on direct exam will be approximately 3 hours.

2.    Designated Representative(s) of Defendant COUNTY OF KAUAI, c/o McCorriston Miller Mukai & MacKinnon, Five Waterfront Plaza, 500 Ala Moana Boulevard, Honolulu, Hawaii 96813, will testify as to liability and damages and all other related matters.

5

The estimated time on direct exam will be approximately 45 minutes.

      3.   Designated Representative(s) of Defendant KAUAI POLICE DEPARTMENT, c/o McCorriston Miller Mukai & MacKinnon, Five Waterfront Plaza, 500 Ala Moana Boulevard, Honolulu, Hawaii 96813, will testify as to liability and damages and all other related matters. The estimated time on direct exam will be approximately 45 minutes.

      4.   Defendant GEORGE FREITAS, c/o Watanabe Ing Kawashima & Komeiji, First Hawaiian Center, 23rd Floor 999 Bishop Street, Honolulu, Hawaii 96813, will testify as to liability and damages and all other related matters.  The estimated time on direct exam will be approximately 30 minutes.

      5.   Defendant MARTIN W. CURNAN, c/o Reinwald O'Connor & Playdon, Pacific Guardian Center, Makai Tower, Suite 2400, 733 Bishop Street, Honolulu, Hawaii 96813, will testify as to liability and damages and all other related matters.  The estimated time on direct exam will be approximately 2 hours.

6.    Defendant Pro Se DAVID NAWAI, 2931 Kalena Street, No. 2, Lihue, Hawaii 96766, will testify as to liability and damages and all other related matters. The estimated time on direct exam will be approximately 2 hours.

7.    ZACHARY WILSON, address pending, will testify as to liability and damages and all other related matters.  The estimated time on direct exam will be approximately 30 minutes.

8.    NADINE BEGLEY, c/o Law Offices of Chris Bouslog, Four Waterfront Plaza, Suite 480, 500 Ala Moana Boulevard, Honolulu, Hawaii  96813 and Richards and Zenger, 3016 Umi Street, Suites 204 and 211-B, Lihue, Hawaii 96766, will testify as to liability and damages and all other related matters.  The estimated time on direct exam will be approximately 2 hours.

9.    BUDDY WILSON, address pending, will testify as to liability and damages and all other related matters.  The estimated time on direct exam will be approximately one hour.

7

10. MIKE GORDON, address pending, will testify as to liability and damages and all other related matters. The estimated time on direct exam will be approximately one hour.

11. SPECIAL AGENT HAROLD FITCHETT, c/o Investigations Division, Department of the Attorney General, State of Hawaii, 425 Queen Street, Honolulu, Hawaii 96813, will testify as to liability and damages and all other related matters. The estimated time on direct exam will be approximately thirty minutes.

12. SPECIAL AGENT ALLAN CASTRO, c/o Investigations Division, Department of the Attorney General, State of Hawaii, 425 Queen Street, Honolulu, Hawaii 96813, will testify as to liability and damages and all other related matters. The estimated time on direct exam will be approximately thirty minutes.

13. LIEUTENANT ALEJANDER QUIBILAN, Kauai Police Department, County of Kauai, State of Hawaii, c/o McCorriston Miller Mukai & MacKinnon, Five Waterfront Plaza, 500 Ala Moana Boulevard, Honolulu, Hawaii 96813, will testify as to liability and damages and all other related matters. The estimated time on direct exam will be approximately one hour.

14. DETECTIVE HENRY BARRIGA, Kauai Police Department, County of Kauai, State of Hawaii, c/o McCorriston Miller Mukai & MacKinnon, Five Waterfront Plaza, 500 Ala Moana Boulevard, Honolulu, Hawaii 96813, will testify as to liability and damages and all other related matters. The estimated time on direct exam will be approximately one hour.

15. OFFICER JONATHAN BONACHITA, Kauai Police Department, County of Kauai, State of Hawaii, c/o McCorriston Miller Mukai & MacKinnon, Five Waterfront Plaza, 500 Ala Moana Boulevard, Honolulu, Hawaii 96813, will testify as to liability and damages and all other related matters. The estimated time on direct exam will be approximately one hour.

9

16.  OFFICER MAHIAI NAIHE, Kauai Police Department, County of Kauai, State of Hawaii, c/o McCorriston Miller Mukai & MacKinnon, Five Waterfront Plaza, 500 Ala Moana Boulevard, Honolulu, Hawaii 96813, will testify as to liability and damages and all other related matters.  The estimated time on direct exam will be approximately one hour.

17.  LIEUTENANT SCOTT YAGIHARA, Kauai Police Department, County of Kauai, State of Hawaii, c/o McCorriston Miller Mukai & MacKinnon, Five Waterfront Plaza, 500 Ala Moana Boulevard, Honolulu, Hawaii 96813, will testify as to liability and damages and all other related matters.  The estimated time on direct exam will be approximately one hour.

18.  OFFICER JOSEPH KAAUWAI, Kauai Police Department, County of Kauai, State of Hawaii, c/o McCorriston Miller Mukai & MacKinnon, Five Waterfront Plaza, 500 Ala Moana Boulevard, Honolulu, Hawaii 96813, will testify as to liability and damages and all other related matters.  The estimated time on direct exam will be approximately one hour.

10

19. OFFICER DARREN ROSE, Kauai Police Department, County of Kauai, State of Hawaii, c/o McCorriston Miller Mukai & MacKinnon, Five Waterfront Plaza, 500 Ala Moana Boulevard, Honolulu, Hawaii 96813, will testify as to liability and damages and all other related matters. The estimated time on direct exam will be approximately one hour.

20. OFFICER PADDY RAMSON, Kauai Police Department, County of Kauai, State of Hawaii, c/o McCorriston Miller Mukai & MacKinnon, Five Waterfront Plaza, 500 Ala Moana Boulevard, Honolulu, Hawaii 96813, will testify as to liability and damages and all other related matters. The estimated time on direct exam will be approximately one hour.

21. SERGEANT ROBERT GAUSEPOHL, Kauai Police Department, County of Kauai, State of Hawaii, c/o McCorriston Miller Mukai & MacKinnon, Five Waterfront Plaza, 500 Ala Moana Boulevard, Honolulu, Hawaii 96813, will testify as to liability and damages and all other related matters. The estimated time on direct exam will be approximately one hour.

11

22.  OFFICER PAUL BAUMUNG, Kauai Police Department, County of Kauai, State of Hawaii, c/o McCorriston Miller Mukai & MacKinnon, Five Waterfront Plaza, 500 Ala Moana Boulevard, Honolulu, Hawaii 96813, will testify as to liability and damages and all other related matters.  The estimated time on direct exam will be approximately one hour.

23.  SERGEANT WESLEY PERREIRA, Kauai Police Department, County of Kauai, State of Hawaii, c/o McCorriston Miller Mukai & MacKinnon, Five Waterfront Plaza, 500 Ala Moana Boulevard, Honolulu, Hawaii 96813, will testify as to liability and damages and all other related matters.  The estimated time on direct exam will be approximately one hour.

24.  PRESTON LEE, Pacific Missile Range Facility, will testify as to liability and damages and all other related matters.  The estimated time on direct exam will be approximately one hour.

12

25. Malcomb Rodrigues, address pending will testify as to liability and damages and all other related matters.  The estimated time on direct exam will be approximately one hour.

26. The custodian of records for Defendant County of Kauai, c/o McCorriston Miller Mukai & MacKinnon, Five Waterfront Plaza, 500 Ala Moana Boulevard, Honolulu, Hawaii 96813, will provide testimony establishing the foundational for written and/or recorded statements and interviews.

27. The custodian of records for Defendant Kauai Police Department, c/o McCorriston Miller Mukai & MacKinnon, Five Waterfront Plaza, 500 Ala Moana Boulevard, Honolulu, Hawaii 96813, will provide testimony establishing the foundational for written and/or recorded statements and interviews.

28. The custodian of records for Department of the Attorney General, State of Hawaii, 425 Queen Street, Honolulu, Hawaii 96813, will provide testimony establishing the foundational for written and/or recorded statements and interviews.

13

29. The custodian of records and representatives of Plaintiff's medical providers shall provide testimony establishing the foundation for medical records and bills.

Plaintiff MARK N. BEGLEY reserves the right to call and/or rely on the expert and non-expert witnesses designated by any other party to this action and rebuttal witnesses as required.

DATED: Honolulu, Hawaii, February 14, 2006.

MARK R. ZENGER
DONNA E. RICHARDS
CHRISTOPHER S. BOUSLOG
Attorneys for Plaintiff
MARK N. BEGLEY