IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>            Plaintiff,<br><br>    vs.<br><br>COUNTY OF KAUAI;<br>KAUAI POLICE<br>DEPARTMENT; GEORGE<br>FREITAS; MARTIN W.<br>CURNAN; and DAVID<br>NAWAI;<br><br>            Defendants. | CIVIL NO. CV 03-00162 KSC<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the within will be duly served on the following in the manner described below:

          **Mailed**    **Delivered**

MICHAEL J. McGUIGAN, ESQ.                    (X)
ELMIRA K. L. TSANG, ESQ.
Reinwald O'Connor & Playdon
Pacific Guardian Center
Makai Tower, Suite 2400
733 Bishop Street
Honolulu, Hawaii 96813

    Attorneys for Defendant
    MARTIN W. CURNAN

DAVID NAWAI                                      (X)
2931 Kalena Street, No. 2
Lihue, Hawaii  96766

    Pro Se Defendant


    DATED:  Honolulu, Hawaii, February 14, 2006.

```
                    _____
                    MARK R. ZENGER
                    DONNA E. RICHARDS
                    CHRISTOPHER S. BOUSLOG
                    Attorneys for Plaintiff
                    MARK N. BEGLEY
```